Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Rumduol Vuong, SBN 264392
Andrea E. Ringer, SBN 307315
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

James R. Mugridge, CA SBN 292803
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
2500 Tulare Street, Suite 2601
Fresno, CA 93721
Telephone: (559) 487-5135
Facsimile: (559) 487-5053

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAQ, INC. d/b/a RANCHO SAN MIGUEL MARKETS, and Does 1-10 Inclusive,<br><br>Defendant. | Case No.: 1:18-cv-01335-AWI-EPG<br><br>[**PROPOSED**] ORDER |

Pursuant to the Antideficiency Act (31 U.S.C. § 1341), on December 26, 2018, the EEOC filed a motion to stay this case until the current government shutdown is resolved and the federal government is once again funded. The EEOC represents that Defendant has no objections. The Court will grant the EEOC's motion.

## ORDER

**UPON MOTION AND GOOD CAUSE APPEARING,** Due to a lapse in appropriations for the EEOC at midnight on December 21, 2018, the litigation of this matter shall be **STAYED** until the EEOC's funding is restored and all pending deadlines in this matter will be extended for the same number of days as the EEOC's lapse in funding. Additionally, upon adequate funding, the EEOC will move the Court to lift the stay as soon as possible.

IT IS SO ORDERED.

Dated:  December 26, 2018

_____
SENIOR DISTRICT JUDGE

[PROPOSED] ORDER