Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Andrea E. Ringer, SBN 307315
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail:  lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

William J. Gorham III, SBN 151773
Vladimir J. Kozina, SBN 284645
Mayall Hurley, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
E-Mail: wgorham@mayallaw.com

Attorneys for Defendant PAQ, INC.
d/b/a RANCHO SAN MIGUEL MARKETS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAQ, INC. d/b/a RANCHO SAN MIGUEL MARKETS, and Does 1-10 Inclusive,<br><br>　　　　Defendant. | Case No.:  1:18-cv-01335-AWI-EPG<br><br>**JOINT NOTICE OF SETTLEMENT AND [PROPOSED] ORDER** |

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECOR**

Pursuant to Local Rule 160(a), Plaintiff U.S. Equal Employment Opportunity Commission and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets (collectively, "the Parties"), through their respective counsel of record, hereby submit this Joint Notice of Settlement. The Parties attended a successful mediation on June 24, 2019 and have agreed to the monetary amount and in principle to major terms of the injunctive remedies. The Parties are currently negotiating the terms of the Proposed Consent Decree for this Court's consideration and approval.

Accordingly, to conserve resources and focus their attention on finalizing the settlement, the Parties respectfully request that the Court stay this matter for sixty (60) days to allow the Parties to negotiate and file the Proposed Consent Decree.

**IT IS SO STIPULATED.**

Respectfully submitted,

Dated: July 3, 2019

   /s/ *Andrea E. Ringer*
Andrea E. Ringer
Trial Attorney,
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: July 3, 2019

/s/ Vladimir J. Kozina
Vladimir J. Kozina
Attorney for Defendant PAQ, INC. d/b/a
RANCHO SAN MIGUEL MARKETS

**[PROPOSED] ORDER**

Upon good cause appearing,

**IT IS SO ORDERED** that due to the settlement agreement between Plaintiff U.S. Equal Employment Opportunity Commission and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets, the Court hereby stays this litigation and orders the Parties to file a Proposed Consent Decree or a status update within sixty (60) days.

DATED this _____ day of _____, 2019.

_____
Honorable Anthony W. Ishii
United States District Judge

**FILER'S ATTESTATION**

I, Andrea E. Ringer, am the ECF user whose identification and password are being used to file this Stipulation on behalf of the Plaintiff U.S. Equal Employment Opportunity Commission and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets. In compliance with L.R. 131(e), I hereby attest that Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets concurs in this filing.

Dated: July 3, 2019     /s/ *Andrea E. Ringer*
        Andrea E. Ringer
        Trial Attorney
        U.S. EQUAL EMPLOYMENT
        OPPORTUNITY COMMISSION