Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Andrea E. Ringer, SBN 307315
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

William J. Gorham III, SBN 151773
Vladimir J. Kozina, SBN 284645
Mayall Hurley, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
E-Mail: wgorham@mayallaw.com

Attorneys for Defendant PAQ, INC.
d/b/a RANCHO SAN MIGUEL MARKETS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAQ, INC. d/b/a RANCHO SAN MIGUEL MARKETS, and Does 1-10 Inclusive,<br><br>Defendant. | Case No.: 1:18-cv-01335-AWI-EPG<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE STAY UNTIL NOVEMBER 20, 2019 AND [~~PROPOSED~~] ORDER** |

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets ("Defendant") (collectively, "the Parties"), through their respective counsel of record, submit the following Stipulation and Joint Request to Continue Stay Until November 20, 2019. The Parties have been and continue to be negotiating the terms of the Proposed Consent Decree for this Court's consideration and approval. Plaintiff provided Defendant with a proposed consent decree in advance of mediation and although the Parties agreed to a monetary settlement, considerable disagreements remained regarding the scope of the consent decree.

Following the June 24, 2019 mediation, Defendant provided a new proposed consent decree to Plaintiff on July 22, 2019. The Parties discussed Defendant's proposed consent decree in detail and on September 3, 2019, Plaintiff provided Defendant with a redlined version of Defendant's proposed consent decree. Defense counsel had a two-week trial set to begin September 23, 2019, which ultimately settled right before trial. On September 6, 2019, this Court granted an extension of the stay of this litigation and directed the parties to file a Proposed Consent Decree or a status update by October 21, 2019. [Dkt. #23.]

Plaintiff's redlined version of Defendant's proposed consent decree was reviewed by Defendant, and significant disagreements remained. The Parties subsequently engaged their mediator, Hon. Oliver Wanger (Ret.), to facilitate further discussion. As a result of those discussions, Plaintiff provided a further revised Proposed Consent Decree on October 17, 2019, which Defendant is in the process of reviewing. The Parties believe that substantial progress has been made toward coming to an agreement on the final terms of the Proposed Consent Decree and desire to continue devoting their resources toward that goal. The Parties are optimistic that they can reach a final agreement, or a determination that settlement negotiations have reached an impasse, within the next 30 days.

Accordingly, to conserve resources and focus their attention on finalizing the terms of the Proposed Consent Decree, the Parties respectfully request that the Court extend the stay of

this matter until November 20, 2019, to allow the Parties to complete their negotiations and file the Proposed Consent Decree.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: October 18, 2019  /s/ *Andrea E. Ringer*
Andrea E. Ringer
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: October 18, 2019  */s/ Vladimir J. Kozina*
Vladimir J. Kozina
Attorney for Defendant PAQ, INC. d/b/a
RANCHO SAN MIGUEL MARKETS

**[~~PROPOSED~~] ORDER**

Upon good cause appearing, **IT IS SO ORDERED** that due to the settlement agreement and ongoing settlement negotiations between Plaintiff U.S. Equal Employment Opportunity Commission and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets, the Court hereby continues the stay of this litigation and directs the parties to file a Proposed Consent Decree or a status update no later than November 20, 2019.

IT IS SO ORDERED.

Dated:  October 21, 2019

SENIOR DISTRICT JUDGE