Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Andrea E. Ringer, SBN 307315
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

William J. Gorham III, SBN 151773
Vladimir J. Kozina, SBN 284645
Mayall Hurley, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
E-Mail: wgorham@mayallaw.com

Attorneys for Defendant PAQ, INC.
d/b/a RANCHO SAN MIGUEL MARKETS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>PAQ, INC. d/b/a RANCHO SAN MIGUEL MARKETS, and Does 1-10 Inclusive,<br><br>　　　　Defendant. | Case No.: 1:18-cv-01335-AWI-EPG<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE STAY UNTIL JANUARY 6, 2020 AND [PROPOSED] ORDER** |

-1-

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff") and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets ("Defendant") (collectively, "the Parties"), through their respective counsel of record, submit the following Stipulation and Joint Request to Continue Stay Until January 6, 2020. The Parties have been and continue to be negotiating the terms of the Proposed Consent Decree for this Court's consideration and approval. During further review of the nearly-finalized terms of the Consent Decree, the Parties determined that additional discussion and negotiation was necessary with respect to a narrow set of issues, largely dealing with the provision of training to certain of Defendant's employees pursuant to the Proposed Consent Decree. While the Parties are confident that these issues can be resolved and that a final Proposed Consent Decree and settlement can be agreed on without the need to resort to further litigation of this matter, the Parties believe that additional time will be necessary to complete this task. Additionally, due to unavailability of counsel during the week of the Christmas and New Year's holidays, the Parties respectfully request an extension of the stay into the beginning of January, 2020.

Accordingly, to conserve resources and focus their attention on finalizing the terms of the Proposed Consent Decree, the Parties respectfully request that the Court extend the stay of this matter until January 6, 2020, to allow the Parties to complete their negotiations and file the Proposed Consent Decree.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: December 3, 2019
/s/ *Andrea E. Ringer*
Andrea E. Ringer
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: December 3, 2019
/s/ *Vladimir J. Kozina*
Vladimir J. Kozina
Attorney for Defendant PAQ, INC. d/b/a
RANCHO SAN MIGUEL MARKETS

## [~~PROPOSED~~] ORDER

Upon good cause appearing, **IT IS SO ORDERED** that due to the settlement agreement and ongoing settlement negotiations between Plaintiff U.S. Equal Employment Opportunity Commission and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets, the Court hereby continues the stay of this litigation and directs the parties to file a Proposed Consent Decree or a status update no later than January 6, 2020.

IT IS SO ORDERED.

Dated: December 4, 2019

_____
SENIOR DISTRICT JUDGE