Anna Y. Park, SBN 164242
Sue Noh, SBN 192134
Andrea E. Ringer, SBN 307315
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION
255 East Temple Street, Fourth Floor
Los Angeles, CA 90012
Telephone: (213) 894-1083
Facsimile: (213) 894-1301
E-Mail: lado.legal@eeoc.gov

Attorneys for Plaintiff
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

William J. Gorham III, SBN 151773
Vladimir J. Kozina, SBN 284645
Mayall Hurley, P.C.
2453 Grand Canal Boulevard
Stockton, CA 95207-8253
Telephone: (209) 477-3833
Facsimile: (209) 473-4818
E-Mail: wgorham@mayallaw.com

Attorneys for Defendant PAQ, INC.
d/b/a RANCHO SAN MIGUEL MARKETS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>PAQ, INC. d/b/a RANCHO SAN MIGUEL MARKETS, and Does 1-10 Inclusive,<br><br>Defendant. | Case No.: 1:18-cv-01335-AWI-EPG<br><br>**STIPULATION AND JOINT REQUEST TO CONTINUE STAY UNTIL JANUARY 31, 2020 AND [P~~ROPOSED~~] ORDER** |

-1-

**TO THE HONORABLE DISTRICT COURT JUDGE, MAGISTRATE JUDGE, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD**

Plaintiff U.S. Equal Employment Opportunity Commission ("Plaintiff" or "the EEOC") and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets ("Defendant") (collectively, "the Parties"), through their respective counsel of record, submit the following Stipulation and Joint Request to Continue Stay Until January 31, 2019. The Parties continued to negotiate the terms of the Proposed Consent Decree and release agreement in December 2019 and early January 2020 and were able to reach a consensus regarding the terms of the Proposed Consent Decree. However, the Parties are still finalizing the language in the release agreement. The Parties expect they will be able to finalize the release agreement in the next two weeks, and expect to file a Proposed Consent Decree for this Court's consideration in January 2020.

Accordingly, to conserve resources and focus their attention on finalizing the terms of the settlement, the Parties respectfully request that the Court stay this matter at least until January 31, 2020.

**IT IS SO STIPULATED**

Respectfully submitted,

Dated: January 6, 2020

/s/ *Andrea E. Ringer*
Andrea E. Ringer
Trial Attorney
U.S. EQUAL EMPLOYMENT
OPPORTUNITY COMMISSION

Dated: January 6, 2020

*/s/ Vladimir J. Kozina*
Vladimir J. Kozina
Attorney for Defendant PAQ, INC. d/b/a
RANCHO SAN MIGUEL MARKETS

**[~~PROPOSED~~] ORDER**

Upon good cause appearing, **IT IS SO ORDERED** that due to the settlement agreement and ongoing settlement negotiations between Plaintiff U.S. Equal Employment Opportunity Commission and Defendant PAQ, Inc., d/b/a Rancho San Miguel Markets, the Court hereby continues the stay of this litigation and directs the Parties to file a Proposed Consent Decree or a status update no later than January 31, 2020.

IT IS SO ORDERED.

Dated: January 6, 2020 _____
SENIOR DISTRICT JUDGE